# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| 99 Cents Creditors' Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>Nova Manna, Inc.,<br><br>Defendant. | Adv. Pro. No. 25-50797 (JKS) |

### PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE:

      The 99 Cents Creditors Liquidating Trust (the "Plaintiff"), together with its undersigned counsel, Pachulski Stang Ziehl & Jones LLP and Kelley Drye & Warren LLP, has requested that a default be entered against Nova Manna, Inc., the defendant in the above captioned action (the "Defendant"). In light of the default entered against the Defendant on August 7, 2025 [D.I. 5], Plaintiff requests entry of a default judgment against Defendant pursuant to Fed. R. Civ. P. 55(b)(1), made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Fed. R. Bankr. P. 7055, in the following sum based on (i) the

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4903-1006-8318.1 00168.00003

Complaint filed in the Adversary Proceeding [D.I. 1] and (ii) the *Declaration of Allison Selick Esq. In Support of Plaintiff's Request for Entry of Default*, attached to Plaintiff's Request for Entry of Default [D.I. 4] as <u>Exhibit A</u> thereto.

|  |  |
|---|---|
| Principal: | $109,060.00 |
| Costs: | $2,575.42 |
| Total: | $111,635.42 |

WHEREFORE, Plaintiff respectfully requests that a default judgment be entered in favor of Plaintiff and against Defendant, in the form attached hereto as <u>Exhibit A</u>.

Dated: August 14, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

- and –

Shirley S. Cho (admitted *pro hac vice*)
Beth E. Levine (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: scho@pszjlaw.com
         blevine@pszjlaw.com

*Counsel to the 99 Cents Creditors' Liquidating Trust*