# EXHIBIT A

**Proposed Judgment by Default**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>99 Cents Only Stores, LLC,<br><br>        Post-Confirmation Debtor.[1] | Chapter 11<br><br>Case No. 24-10721 (JKS) |
| 99 Cents Creditors' Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Nova Manna, Inc.,<br><br>        Defendant. | Adv. Pro. No. 25-50797 (JKS) |

## JUDGMENT BY DEFAULT

Default was entered against Defendant, Nova Manna, Inc. on August 7, 2025. Plaintiff has requested entry of judgment by default and has filed an Affidavit of the amount due and stating that this Defendant is not in the military service. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this Defendant in favor of Plaintiff as follows:

---

[1] The Post-Confirmation Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is 99 Cents Only Stores LLC (1605). The Post-Confirmation Debtor's mailing address is META Advisors, LLC, 3 World Trade Center, 67th Floor, New York, NY 10007.

4903-1006-8318.1 00168.00003

|  |  |
|---|---|
| Principal: | $109,060.00 |
| Costs: | $2,575.42 |
| Total: | $111,635.42 |

 

                                                                                                    *Clerk of the Bankruptcy Court*

*Date*